IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYNES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>D.K. SISTO, WARDEN OF CALIFORNIA STATE PRISON SOLANO, T. SEQUIRA, FACILITY I CAPTAIN, JOHN DOES 1-100,<br><br>　　　　Defendants.<br>_____/ | 2:08-cv-2177-SPG (PC)<br><br>ORDER CONSTRUING REQUEST FOR JUDICIAL NOTICE AS AN AMENDMENT OF THE COMPLAINT |

On October 14, 2008, Plaintiff filed a request for judicial notice, titled "PLEASE TAKE JUDICIAL CIVIL NOTICE," asking the court to correct an error in the prayer for compensatory damages in the complaint by substituting the amount of $180 for the amount of $625 as the compensatory relief sought.

The court construes this request for judicial notice as an amendment to the complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), for which leave of the court is not required. The complaint shall be construed as having been amended accordingly.

IT IS SO ORDERED.

**Dated:　　January 22, 2009**　　　　　　　　　　**/s/ Susan P. Graber**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com