IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HAYNES,

        Plaintiff,                        No. CIV S-08-2177-SPG (PC)

        vs.

D.K. SISTO, T. SEQUIRA,           ORDER EXTENDING TIME FOR
V. SINGH, J. TILTON,              DEFENDANTS TO RESPOND TO PLAINTIFF'S
                             COMPLAINT
        Defendants.

_____/

       Good cause appearing, Defendants' request for an extension of time to respond to

Plaintiff's complaint is granted.  Defendants shall have through July 22, 2009, to complete and

file their responsive pleading.

DATED: June 17, 2009

                               /s/ Susan P. Graber
                               UNITED STATES CIRCUIT JUDGE

1