IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYNES,<br><br>    Plaintiff,<br><br>  vs.<br><br>D.K. SISTO et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-08-02177 SPG (PC)<br><br><br><br><br><br>ORDER EXTENDING TIME |

       Plaintiff has requested an extension of time to file a response to Defendants' July 22, 2009, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's August 11, 2009, motion for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to Defendants' motion to dismiss. The opposition is due by September 13, 2009. Pursuant to Local Rule 78-230(m), Defendants may file and serve a reply to the opposition not more than five court days after the opposition is served, plus three days for mailing.

DATED: August 13, 2009

                                              /s/ Susan P. Graber
                                    UNITED STATES CIRCUIT JUDGE