IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

ROBERT HAYNES,                                  2:08-cv-2177-SPG (PC)

       Plaintiff,

       vs.                                      ORDER SETTING DEADLINE FOR FILING OF
                                                AMENDED COMPLAINT

D.K. SISTO, WARDEN OF
CALIFORNIA STATE PRISON
SOLANO, T. SEQUIRA, FACILITY I
CAPTAIN, JOHN DOES 1-100
       Defendants.

_____/

On November 19, 2009, Plaintiff filed a "Request for an Extension of Time" within which to file an amended complaint, seeking an extension through December 18, 2009.  Neither Federal Rule of Civil Procedure 15 nor any local rule imposes a deadline.  But, as a matter of case management, the court will set a reasonable deadline.  A reasonable deadline is 30 days from the date of this order.

IT IS HEREBY ORDERED that Plaintiff shall have until 30 days from the date of this order to file an amended complaint.

Dated:   **December 4, 2009**                    /s/ **Susan P. Graber**

_____ UNITED STATES CIRCUIT JUDGE

- 1 -