IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER DIRECTING RESPONSE TO MOTION TO DISMISS |
| D.K. SISTO et al., | |
| Defendants. | |

On January 25, 2010, Defendants filed a motion to dismiss this action under Rule 8 of the Federal Rules of Civil Procedure and Local Rule 220 of the Eastern District of California on the ground that Plaintiff has not filed a separate and independent complaint that sufficiently alleges a claim against any Defendant. Plaintiff has not filed any response to Defendants' motion to dismiss.

The court hereby orders Plaintiff to file a response to Defendants' motion to dismiss within 30 days of the date of filing of this order.

IT IS SO ORDERED.

Dated: **February 18, 2010**        /s/ Susan P. Graber
                                     UNITED STATES CIRCUIT JUDGE