IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYNES, | CIV-S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| D.K. SISTO et al., | |
| Defendants. | |
| _____ / | |

On June 21, 2010, Plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), withdrawn in part on other grounds by 154 F.3d 952, 954 n.1 (9th Cir. 1998) (en banc), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. U.S. Dist. Court for S. Dist. of Iowa, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to § 1915(e)(1). Rand, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, a district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." Id. (first alteration in original) (internal quotation

-1-

1  marks omitted).

2        In the present case, the court does not find the required exceptional circumstances.
3  Even though plaintiff is apparently not well versed in the law and he has made serious allegations
4  which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with
5  cases of this general type frequently.  At this stage in the proceedings, the court cannot determine
6  that plaintiff is likely to succeed on the merits and, after reviewing the record in this case, the
7  court does not find that plaintiff is unable to articulate his claims adequately.  <u>Id</u>.

8        For the foregoing reasons, plaintiff's motion for the appointment of counsel is
9  HEREBY DENIED, without prejudice.

10        IT IS SO ORDERED.

11

12  **Dated:      June 24, 2010**                              /s/ Susan P. Graber
13                                                             UNITED STATES CIRCUIT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28