IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER |
| D.K. SISTO, T. SEQUIRA, V. SINGH, and J. TILTON, | |
| Defendants. / | |

The court, having considered Defendants Sequira, Singh, and Sisto's motion to modify the Scheduling Order so as to allow an extension of time for Defendants to depose Plaintiff and file dispositive motions, and good cause having been found:

IT IS HEREBY ORDERED:  Defendants Sequira, Singh, and Sisto are granted an extension of time to depose Plaintiff, to and including March 9, 2011, and April 29, 2011, to prepare and file dispositive motions.


**Dated:    February 24, 2011**               /s/ Susan P. Graber
                                                                    UNITED STATES CIRCUIT JUDGE

-1-