IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | ORDER |
| vs. | |
| D.K. SISTO, T. SEQUIRA, V. SINGH, and J. TILTON, | |
| Defendants. | |

Defendants' request to conduct Plaintiff Robert Haynes' deposition via videoconference is GRANTED. Nothing in this Order shall be interpreted as requiring the institution in which P laintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.


**Dated:    February 24, 2011**             /s/ Susan P. Graber
                              UNITED STATES CIRCUIT JUDGE

-1-