UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | No. CIV 08-2177 SPG (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER EXTENDING THE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| D.K. SISTO, T. SEQUIRA, V. SINGH, J. TILTON, | |
| Defendants. | |

Defendants' request for an extension of time to file a dispositive motion is GRANTED.

IT IS ORDERED that Defendants are granted an extension of time of forty-five days, to and including June 13, 2011, to prepare and file their dispositive motion.

DATED: April 18, 2011.

/s/ Susan P. Graber
UNITED STATES CIRCUIT JUDGE

-1-