UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

ROBERT HAYNES,  No. CIV 08-2177 SPG (PC)

    Plaintiff,

v.  **ORDER**

D.K. SISTO, T. SEQUIRA, V. SINGH, J. TILTON,

    Defendants.

_____/

IT IS ORDERED that, by May 3, 2011, Defendants must file their opposition or statement of non-opposition to Plaintiff's Motion to Compel, which was filed on March 30, 2011.

DATED: April 26, 2011.

                                            /s/ Susan P. Graber
                                            UNITED STATES CIRCUIT JUDGE