1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11

12   ROBERT HAYNES,                          No. CIV S-08-2177-SPG (PC)

13            Plaintiff,
                                             ORDER
14        vs.

15   D.K. SISTO et al.,

16            Defendants.

17   _____/

18            Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42 U.S.C.

19   § 1983.  On March 29, 2011, Plaintiff filed a motion to compel answers to his interrogatories.  (Pl.'s

20   Mot. to Compel at 1.)

21            Plaintiff,  however, served his interrogatory requests upon Defendants too late.  In its

22   Discovery and Scheduling Order, this court set February 16, 2011,  as the deadline for completing

23   discovery.  Order of June 15, 2010, at 2.  This court's order further instructed the parties that all

24   discovery requests were to be served at least forty-five days before that deadline. Id. at 1.  Thus, the

25   scheduling order required Plaintiff to serve his interrogatories by December 31, 2010.  Because

26   Plaintiff never filed a motion to modify the scheduling order, the deadlines set forth in the order are

27   binding.  See, e.g., Zivkovic v. S. Cal. Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (holding

28   that, pursuant to Federal Rule of Civil Procedure 16(b),  a scheduling order may be modified only

1   upon a showing of good cause).  Despite the scheduling order's instructions, Plaintiff untimely

2   served his interrogatories on February 1, 2011, and February 8, 2011.  Angus Decl. Exs. A & B.

3           Plaintiff's present motion to compel answers to the interrogatories also was untimely

4   filed.  This court's scheduling order clearly stated that the deadline for filing motions to compel was

5   February 16, 2011.  Order of June 15, 2010, at 2.   Plaintiff, however, filed his motion to compel on

6   March 29, 2011.  Moreover, Plaintiff failed to serve his motion to compel on Defendants.  Pl.'s Decl.

7   of Service by Mail; Angus Decl. 2.

8           Because Plaintiff failed to serve his interrogatory requests or to file his motion to

9   compel in a timely manner, IT IS HEREBY ORDERED that Plaintiff's motion to compel is denied.

10

11  DATED:  May 5, 2011.

12

13

14

15  _____    **/s/ Susan P. Graber**

16  _____UNITED STATES CIRCUIT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28