1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT HAYNES,                        No. CIV 08-2177 SPG (PC)

12           Plaintiff,                    **ORDER GRANTING DEFENDANTS'
                                           MOTION TO MODIFY THE
13  v.                                     SCHEDULING ORDER TO
                                           EXTEND TIME TO FILE
14  D.K. SISTO, T. SEQUIRA, V. SINGH, J.   DISPOSITIVE MOTION**
    TILTON,
15
             Defendants.
16  _____/

17          The court, having considered Defendants' request for an extension of time to file a dispositive

18  motion, and good cause having been found:

19          IT IS HEREBY ORDERED that Defendants are granted an extension of time of fourteen

20  days, to and including June 27, 2011, to prepare and file their dispositive motion.

21  DATED:  June 10, 2011.

22

23                                         /s/ Susan P. Graber
                                           UNITED STATES CIRCUIT JUDGE
24

25

26

27

28

                                            -1-