IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYNES, | No. CIV 08-2177 SPG (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| D.K. SISTO, T. SEQUIRA, V. SINGH, J. TILTON, | |
| Defendants. | |

The court, having considered Defendants' request for an extension of time to file a reply in support of their motion for summary judgment, and good cause having been found:

IT IS HEREBY ORDERED that Defendants are granted an extension of time of ten days, to and including August 19, 2011, to prepare and file their reply in support of their motion for summary judgment.

DATED: August 16, 2011.

/s/ Susan P. Graber
UNITED STATES CIRCUIT JUDGE

-1-