IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYNES, | No. CIV S-08-2177 SPG (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| D.K. SISTO, T. SEQUIRA, V. SINGH, J. TILTON, | |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Alden J. Knisbacher has been selected from the court's pro bono attorney panel to represent plaintiff, and he has accepted the appointment.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Alden J. Knisbacher is appointed as counsel in the above entitled matter.

2. Alden J. Knisbacher shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Alden J.

///

1

1
2    Knisbacher, Knisbacher Law Offices, 220 Montgomery Street, Suite 961, San Francisco,
3   California 94104.
4   DATED:  October 7, 2011
5
6                                          /s/ Susan P. Graber
                                       UNITED STATES CIRCUIT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26