IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER APPROVING STIPULATED BRIEFING SCHEDULE AND STIPULATED PROTECTIVE ORDER |
| D.K. SISTO et al., | |
| Defendants. | |

The court, having reviewed (1) the stipulated briefing and discovery schedule and (2) the protective order jointly submitted by Plaintiff Robert Haynes and Defendants D.K. Sisto, T. Sequira, V. Singh, and J. Tilton, approves both.

IT IS HEREBY ORDERED:

1. The stipulated briefing and discovery schedule submitted by the parties, attached as Exhibit A to this order, is APPROVED.

2. The stipulated protective order submitted by the parties, attached as Exhibit B to this order, is APPROVED.

///

///

///

3.  The court will hear oral argument, by telephone, on the Defendants' pending motion for summary judgment on April 30, 2012, at 2 p.m.

IT IS SO ORDERED.

Dated:   **December 1, 2011**

          **/s/ Susan P. Graber**
UNITED STATES CIRCUIT JUDGE

Exhibit A (handwritten)
Case 2:08-cv-02177-SPG   Document 88   Filed 12/02/11   Page 3 of 8
Case 2:08-cv-02177-SPG   Document 87   Filed 11/30/11   Page 1 of 2

1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  MICHELLE L. ANGUS, State Bar No. 210031
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-2395
6    Fax: (916) 324-5205
     E-mail: Michelle.Angus@doj.ca.gov
7  *Attorneys for Defendants
   Sequira, Singh, Sisto and Tilton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ROBERT HAYNES, | 2:08-CV-02177 SPG (PC) |
|---|---|
| Plaintiff, | **STIPULATION RE: POSSIBILITY OF ADDITIONAL DISCOVERY & SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| D.K. SISTO, T. SEQUIRA, V. SINGH, J. TILTON, | |
| Defendants. | |

On November 8, 2011, the Court ordered the parties to meet and confer regarding Plaintiff's request for additional discovery and supplemental opposition to Defendants' motion for summary judgment. Per the Court's order, the parties have met and conferred and reached the following stipulations:

1. Defendants have provided Plaintiff's counsel with all previously-produced discovery responses. Defendants had previously asserted confidentiality and security privileges concerning some of the documents that would have otherwise been discoverable. The parties agree that these "confidential" documents should be produced subject to a protective order, which the parties have separately agreed to and are concurrently submitting to the Court for approval and order.

1

1. Defendants agree to produce the "confidential" documents subject to that protective order. Plaintiff's counsel will have thirty days, to and including January 2, 2012, to review Defendants' discovery responses and confidential documents.

2. By January 6, 2012, Plaintiff's counsel will advise Defendants' counsel as to what additional discovery he believes is necessary. Any additional discovery shall be conducted by **March 9, 2012**. If the parties are unable to reach agreement as to what additional discovery should be allowed, Plaintiff's counsel will file a motion for additional discovery under Rule 56 of the Federal Rules of Civil Procedure by **January 30, 2012**.

3. The parties agree that Defendants' motion for summary judgment requires supplemental briefing. Accordingly, Plaintiff's supplemental opposition is due April 9, 2012, and Defendants' supplemental reply is due April 23, 2012. The parties request oral argument on Defendants' motion for summary judgment be scheduled for a time convenient for the Court.

IT IS SO STIPULATED.

Dated: November 30, 2011        /s/ Michelle L. Angus
                                MICHELLE L. ANGUS
                                Attorney for Defendants

Dated: November 30, 2011        /s/ Alden Knisbacher
                                ALDEN KNISBACHER
                                Attorney for Plaintiff

IT IS SO ORDERED

Dated: December ___, 2011       _____
                                Magistrate Judge
                                United States District Court

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-2395
  Fax: (916) 324-5205
  E-mail: Michelle.Angus@doj.ca.gov
*Attorneys for Defendants
Sequira, Singh, Sisto and Tilton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>D.K. SISTO, T. SEQUIRA, V. SINGH, J. TILTON,<br><br>　　　　　　　　　　Defendants. | 2:08-CV-02177 SPG (PC)<br><br>**STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS** |

**IT IS STIPULATED BY THE PARTIES AND ORDERED BY THE COURT AS FOLLOWS:**

**CONFIDENTIAL MATERIAL SUBJECT TO THIS PROTECTIVE ORDER**

Plaintiff has requested confidential documents pertaining to the prison officials' decision to place inmates on modified programs that are the subject of this action. Specifically, Plaintiff's request for production of documents requests all California Department of Corrections and Rehabilitation Program Status Reports pertaining to the subject modified programs. Defendants have previously asserted privileges pertaining to these documents in response to Plaintiff's request for production of documents. Now that the Court has appointed counsel to represent

1

Plaintiff, the parties stipulate that the production of these confidential documents is appropriate subject to a protective order limiting their use to "Attorneys' Eyes Only" in order to maintain the safety and security of the California Department of Corrections and Rehabilitation and its facilities, staff and inmates.

The confidential portions of the Program Status Reports includes confidential information as to why a program modification was made, identification of involved inmates, areas of institution affected, injuries, investigative plan, results of investigation and continuing investigative plans concerns, and the prison's strategy and efforts to end modified programming and resume normal programming. All confidential material is considered to be "official information" within the meaning of California Evidence Code sections 1043 and 1045 and Penal Code section 832.7. Additionally, the information contained in such confidential material may threaten the security of the CDCR and the safety of its staff and inmates if disclosed and constitutes information that inmates, including Plaintiff, cannot possess as provided in California Government Code section 6254(c) and(f) and California Code of Regulations, Title 15, section 3450(d). In addition, the confidential material is subject to a qualified privilege as official information and self critical analysis privilege under Federal common law.

**CONDITIONS FOR RELEASE OF CONFIDENTIAL MATERIAL**

Because of their relevance to this action, the CDCR will produce the confidential material by labeling it "CONFIDENTIAL INFORMATION; ATTORNEYS' EYES ONLY" without requiring Plaintiffs to move to compel its production, subject to this protective order and objections asserted in Defendants' responses to Plaintiff's discovery requests, on the following conditions:

1. The confidential material may be disclosed only to the following persons:

    (a) Counsel of record for Plaintiffs in this action;

    (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel for Plaintiffs;

    (c) Court personnel and stenographic reporters engaged in such proceedings as are incidental to the preparation for the trial in this action;

1       (d) Any outside expert or consultant retained by Plaintiffs' counsel for purposes
2 of this action;

3       (e) Witnesses to whom the confidential material may be disclosed during or in
4 preparation for a deposition taken in this matter or otherwise during the preparation for trial and
5 trial, provided that the witness may not leave any deposition with copies of any of the confidential
6 material, and shall be informed and agree to be bound by the terms of this order;

7     2. Plaintiffs' counsel and his legal assistants and consultants shall not make copies of
8 the confidential material except as necessary for purposes of this litigation.

9     3. All confidential material in possession of Plaintiffs' counsel shall be destroyed or
10 returned to the CDCR within 20 days of the time it is no longer needed for purposes of this
11 litigation.

12     4. When Plaintiffs' counsel returns or destroys the confidential material, he shall
13 provide Defendants' counsel with a declaration stating that all confidential material has been
14 returned or destroyed.

15     5. All confidential material obtained by Plaintiffs' counsel shall not be disclosed
16 except as is necessary in connection with this or related litigation, including appeals, and not for
17 any other purpose, including any other litigation.

18     6. Any confidential material filed with the Court by either party shall be filed and
19 maintained under seal.

20     7. Nothing in this protective order is intended to prevent officials or employees of the
21 State of California, or other authorized government officials, from having access to confidential
22 material to which they would have access in the normal course of their official duties.

23     8. The provisions of this protective order are without prejudice to the right of any
24 party:

25       (a) To apply to the Court for a further protective order relating to any confidential
26 material or relating to discovery in this litigation;

27       (b) To apply to the Court for an order removing the confidential material
28 designation from any documents;

1         (c) To object to a discovery request.

2      10. The provisions of this order shall remain in full force and effect until further
3 order of this Court.

4      IT IS SO STIPULATED.

6 Dated: November __30_, 2011         /s/ Michelle L. Angus
                                                                   MICHELLE L. ANGUS
7                                                                    Attorney for Defendants

9 Dated: November _30__, 2011         /s Alden Knisbacher
                                                                   ALDEN KNISBACHER
10                                                                   Attorney for Plaintiff

12      IT IS SO ORDERED

14 Dated: November ___, 2011         _____
15                                                        Magistrate Judge
                                                         United States District Court

17 SA2009310513
Document in ProLaw

4