IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | ORDER APPROVING SECOND STIPULATED DISCOVERY AND BRIEFING SCHEDULE |
| vs. | |
| D.K. SISTO et al., | |
| Defendants. | |

The court hereby approves the parties' second stipulated discovery and briefing schedule, jointly submitted by Plaintiff Robert Haynes and Defendants D.K. Sisto, T. Sequira, V. Singh, and J. Tilton on February 7, 2012.

IT IS HEREBY ORDERED that:

1. Defendants will inform Plaintiff's counsel no later than February 24, 2012, regarding their position on Plaintiff's request for documents and depositions. If Plaintiff feels that a motion to compel is necessary, he will file that motion no later than March 16, 2012. Otherwise, the parties shall complete discovery no later than April 30, 2012.

/ / /

/ / /

/ / /

- 1 -

2. The hearing on Defendants' motion for summary judgment scheduled on April 30, 2012, is stricken. Upon the completion of discovery, the parties shall submit a stipulated schedule for additional briefing on Defendants' pending motion for summary judgment.

Dated:   **February 9, 2012**

                                            **/s/ Susan P. Graber**
                                          UNITED STATES CIRCUIT JUDGE