IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER APPROVING THIRD STIPULATED DISCOVERY AND BRIEFING SCHEDULE |
| D.K. SISTO et al., | |
| Defendants. | |
| _____/ | |

The court hereby approves the parties' third stipulated discovery and briefing schedule, jointly submitted by Plaintiff Robert Haynes and Defendants D.K. Sisto, T. Sequira, V. Singh, and J. Tilton on March 20, 2012.

IT IS HEREBY ORDERED that:

Plaintiff's counsel will file a motion to compel by April 6, 2012. The court will set the discovery schedule after that motion is heard.

Dated:   March **22, 2012**

                                              **/s/ Susan P. Graber**
                                              UNITED STATES CIRCUIT JUDGE