IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | ORDER |
| vs. | |
| D.K. SISTO et al., | |
| Defendants. | |
| _____/ | |

    IT IS HEREBY ORDERED that the court will hear oral argument, by telephone, on Plaintiff's Discovery Motion on May 4, 2012, at 1:30 p.m.

Dated:   April 10, 2012

                                                    **/s/ Susan P. Graber**
                                           UNITED STATES CIRCUIT JUDGE

- 1 -