1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11

12  ROBERT HAYNES,                    CIV S-08-2177-SPG (PC)

13            Plaintiff,
                                       ORDER (1) APPROVING PLAINTIFF'S REQUEST
14       vs.                           TO SEAL DOCUMENTS, AND (2) GRANTING, IN
                                       PART, PLAINTIFF'S MOTION TO COMPEL
15  D.K. SISTO et al.,                 DISCOVERY

16            Defendants.

17  _____/

18        The court hereby approves Plaintiff's request to seal documents, and grants, in part, Plaintiff's

19  motion to compel discovery.

20        IT IS HEREBY ORDERED:

21        1.  The exhibits to Plaintiff's reply declaration in support of his motion to compel further

22  document production shall be sealed.

23        2.  The court DENIES Plaintiff's motion to compel production of an "Incident Management

24  File."  Plaintiff has provided no basis to support his belief that the requested documents exist in the

25  format requested or that Defendant has failed to produce any subsidiary documents that would be

26  found in that format.

27  / / /

28  / / /

3.  The court DENIES Plaintiff's motion to compel production of Attachments C & D to the "unlock procedural guidelines."  However, if Defendants uncover responsive documents in their continuing review of their records, they shall produce those documents as soon as they are found.

4.  The court DENIES Plaintiff's motion to compel production of documents received or authored by Secretary Tilton regarding the challenged events.  However, if Defendants uncover responsive documents in their continuing review of their records, they shall produce those documents as soon as they are found.

5.  The court DENIES Plaintiff's motion to compel production of documents related to the "Emergency Operations Policy" because Plaintiff has withdrawn that request.

6.  The court GRANTS Plaintiff's motion to compel production of the "Release Assessment Plant" referred to in documents already produced by Defendants.  The request is sufficiently specific because it asks only for documents already identified in documents authored and produced by Defendants.

7.  The court GRANTS Plaintiff's motion to compel production as to the remainder of the documents requested, all of which are relevant and likely to lead to admissible evidence.  Production of those documents shall be under seal, and the parties are directed to confer to establish an acceptable procedure for doing so.

IT IS SO ORDERED.


Dated:   __**May 4, 2012**__


_____**/s/ Susan P. Graber**_____
UNITED STATES CIRCUIT JUDGE