IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER SETTING DISCOVERY AND BRIEFING SCHEDULE |
| D.K. SISTO et al., | |
| Defendants. | |

On May 7, 2012, the court ruled on Plaintiff's motion to compel discovery.

IT IS HEREBY ORDERED:

1. The parties shall complete discovery no later than July 27, 2012.

2. Upon the completion of discovery, if Defendants wish to abandon their pending motion for summary judgment, they shall notify the court no later than August 17, 2012.  Otherwise, they shall file a supplemental brief no later than August 17, 2012, Plaintiff shall file a supplemental response no later than September 7, 2012, and Defendants shall file an optional reply no later than September 21, 2012.

IT IS SO ORDERED.

Dated:   **June 25, 2012**

                                             /s/ Susan P. Graber
                                       UNITED STATES CIRCUIT JUDGE