IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER SETTING DISCOVERY AND BRIEFING SCHEDULE |
| D.K. SISTO et al., | |
| Defendants. | |
| _____/ | |

The court hereby grants Plaintiff's unopposed ex parte application to extend time to file supplemental opposition to Defendants' motion for summary judgment.

IT IS HEREBY ORDERED that:

1. Plaintiff shall file his supplemental opposition no later than September 21, 2012, and Defendants shall file an optional reply no later than October 5, 2012.

IT IS SO ORDERED.

Dated:   September 7, 2012

                                                     /s/ Susan P. Graber
                                                    UNITED STATES CIRCUIT JUDGE