IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER APPROVING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS |
| D.K. SISTO et al., | |
| Defendants. | |
| _____ / | |

The court hereby approves Plaintiff's request to seal documents.

IT IS HEREBY ORDERED:

1. The declaration of Alden Knisbacher in opposition to the motion for summary judgment shall be sealed.

IT IS SO ORDERED.

Dated: **September 27, 2012**

                                                                    **/s/ Susan P. Graber**
                                                      UNITED STATES CIRCUIT JUDGE