IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER SETTING DISCOVERY AND BRIEFING SCHEDULE |
| D.K. SISTO et al., | |
| Defendants. | |
| _____/ | |

For good cause shown, the court hereby grants Plaintiff's second ex parte application to extend time to file a supplemental opposition to Defendants' motion for summary judgment.

IT IS HEREBY ORDERED:

1. All further opposition papers, except for the declaration of Alden Knisbacher in opposition to the motion for summary judgment, must be filed by September 27, 2012.

2. The declaration of Alden Knisbacher in opposition to the motion for summary judgment must be filed by September 28, 2012.

IT IS SO ORDERED.

Dated:    **September 27, 2012**

                                           **/s/ Susan P. Graber**
                                      UNITED STATES CIRCUIT JUDGE