IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HAYNES, | CIV S-08-2177-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO et al., | |
| Defendants. | |
| _____/ | |

IT IS HEREBY ORDERED that the court will hear oral argument, by telephone, on the motion for summary judgment on November 27, 2012, at 10:00 a.m. PST.

Dated:   November 9, 2012

                                                 **/s/ Susan P. Graber**
UNITED STATES CIRCUIT JUDGE