IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HAYNES,

     Plaintiff,                    No. 2:08-cv-2177 DAD P

     vs.

D.K. SISTO, et al.

     Defendants.         <u>ORDER</u>

_____/

     Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On January 24, 2013, the court entered an order reassigning the case to the undersigned. In light of that order and the court's recent dismissal of some, but not all, claims alleged in plaintiff's complaint (<u>see</u> Dkt. # 124), the court will hold a telephonic status conference on February 15, 2013, at 10:00 a.m.

     IT IS THEREFORE ORDERED that a telephonic status conference is set and will be held on February 15, 2013, at 10:00 a.m. Counsel for the parties should contact Courtroom

/////

/////

/////

/////

1

1  Deputy Pete Buzo (916-930-4128), to make arrangements for their telephonic appearance at the
2  conference, if necessary.
3  DATED: January 29, 2013.

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

hm
hayn2711.ord