IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HAYNES

    Plaintiff,                    No. 2:08-cv-2177 DAD P

    vs.

D.K. SISTO, et al.

    Defendants.            <u>ORDER</u>

        Plaintiff is state prisoner proceeding through counsel with this civil rights action seeking relief under 42 U.S.C. § 1983. The parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (<u>See</u> Dkt. Nos. 5, 131.) Pursuant to court order, this matter came on for telephonic static conference on February 15, 2013. Alden Knisbacher, Esq. participated as counsel for plaintiff. Christopher J. Becker, Deputy Attorney General, participated as counsel for defendants.

        During the conference, it was agreed that this matter should be set for settlement conference prior to further scheduling of final pretrial conference and jury trial. Both counsel stipulated to waive disqualification of the undersigned to act as settlement judge, and counsel for plaintiff requested the presence of his client at the settlement conference. Good cause appearing,

/////

1

that request will be granted and the court will, concurrently with this order, issue a writ of habeas corpus ad testificandum for plaintiff's presence at the settlement conference.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This matter is set for settlement conference before the undersigned on April 22, 2013 at 10:00 a.m. in Courtroom 27;

2. The parties shall submit settlement conference statements to the chambers of the undersigned not later than April 18, 2013;

3. Plaintiff's request to appear at the settlement conference is granted; and

4. Plaintiff's present custodian shall provide for plaintiff's presence at the settlement conference pursuant to the writ of habeas corpus ad testificandum issued concurrently with this order. All parties shall take any steps necessary to facilitate execution of said writ.

DATED: February 19, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
hayn08cv2177.set