## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ROBERT HAYNES,

        Plaintiff,                  No. 2:08-cv-2177 DAD P

  vs.

D. K. SISTO, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                        /       **AD TESTIFICANDUM**

       Robert Haynes, inmate # P-64154, a necessary and material witness in proceedings in this case on April 22, 2013, is confined in California State Prison-Solano, 2100 Peabody Road, PO Box 4000, Vacaville, CA 95696-4000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Eighth Floor, Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California on April 22, 2013 at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California State Prison-Solano, 2100 Peabody Road, PO Box 4000, Vacaville, CA 95696-4000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 19, 2013.

                                                     /s/ Dale A. Drozd
                                                     DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

DAD:12;hayn2177.841